# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

SABAL TRAIL TRANSMISSION, LLC,

    Plaintiff,

v.                                        Case No: 5:16-cv-178-Oc-30PRL

3.921 ACRES OF LAND IN LAKE
COUNTY FLORIDA, SUNDERMAN
GROVES, INC., and UNKNOWN
OWNERS,

    Defendants.

## **ORDER**

THIS CAUSE comes before the Court upon the parties' Status Report (Dkt. 198). On May 1, 2018, Plaintiff filed a Notice of Appeal of the Final Judgment and this Court's order denying Plaintiff's motion for new trial. (Dkt. 145). On August 21, 2018, this Court granted Plaintiff's motion to continue, stayed Defendant's Amended Motion for Attorney's Fees and Costs, and directed the parties to move to reopen the case and lift the stay within fourteen days after the mandate was issued in Plaintiff's appeal. (Dkt. 181). On January 22, 2020, the Eleventh Circuit issued its opinion finding, in relevant part, that it lacked jurisdiction to review Plaintiff's liability for attorney's fees and costs because this Court did not determine the amount of attorney's fees and costs to be awarded. (Dkt. 183). The Eleventh Circuit also granted Defendant's motion to transfer consideration of appellate attorney's fees to this Court. (Dkt. 188). On March 31, 2020, the Eleventh Circuit issued its mandate (Dkt. 189).

Plaintiff moved for a stay of this proceeding pending the Eleventh Circuit's decisions in *Sabal Trail Transmission, LLC v. 18.27 Acres*, No. 19-10705, and *Sabal Trail Transmission, LLC v. 2.468 Acres*, No. 19-10722 (collectively the "Thomas appeals"). (Dkt. 192). The Court granted Plaintiff's motion and directed the parties to file a joint status report within ten (10) days of the Eleventh Circuit's mandate in the Thomas Appeals. The parties have since filed a joint status report, informing the Court that the Eleventh Circuit dismissed the Thomas Appeals for lack of jurisdiction. (Dkt. 198). The Court, having reviewed the joint status report, court file, and being otherwise advised in the premises, concludes that the stay in this case should be lifted.

It is therefore ORDERED AND ADJUDGED that:

1. The Clerk is directed to reopen the case and lift the stay.

2. Defendant shall separately file within fourteen (14) days of this Order its motion for fees and costs and address all outstanding matters, including appellate fees in light of the Eleventh Circuit transferring consideration of appellate attorney's fees to this Court. Plaintiff shall file its response within fourteen (14) days of the filing of Defendant's motion.

3. The parties shall formally mediate all outstanding matters within sixty (60) days of this Order. The parties shall file a joint status report within five (5) days of mediation informing the Court of what matters, if any, remain for the Court's resolution.

**DONE** and **ORDERED** in Tampa, Florida, this 15th day of December, 2020.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record