UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SABAL TRAIL TRANSMISSION, LLC,

    Plaintiff,

v.    Case No: 5:16-cv-178-JSM-PRL

3.921 ACRES OF LAND IN LAKE
COUNTY FLORIDA, SUNDERMAN
GROVES, INC and UNKNOWN
OWNERS,

    Defendants.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Dkt. 220), Defendant Sunderman Groves, Inc.'s Objections to the Report and Recommendation (Dkt. 221), Plaintiff's Objections to the Report and Recommendation (Dkt. 222), and Plaintiff's Response to Defendant Sunderman Groves, Inc.'s Objections (Dkt. 223).

After careful consideration of the Report and Recommendation of the Magistrate Judge and the parties' Objections, and in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects, except for the mathematical errors that Defendant's Objections (Dkt. 221) point out (and with which Plaintiff agrees) and the additional 1.8 hours of appellate attorney's fees that should be deducted as explained further in Plaintiff's Response (Dkt. 223).

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 220) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review, except for the mathematical errors that Defendant's Objections (Dkt. 221) point out (and with which Plaintiff agrees) and the additional 1.8 hours of appellate attorney's fees that should be deducted as explained further in Plaintiff's Response (Dkt. 223).

2. Sunderman Groves Inc.'s Motion for Attorney's Fees and Costs (Dkt. 213) is granted in part and denied in part.

3. Sunderman Groves, Inc. is awarded a total of $144,160 in district court attorney's fees, $258,590 in appellate attorney's fees, and $65,487.45 in district court costs.

4. The Clerk shall therefore enter judgment in favor of Defendant Sunderman Groves, Inc. and against Plaintiff Sabal Trail Transmission, LLC in the total amount of **$468,237.45**.

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of January, 2022.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record