UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SABAL TRAIL TRANSMISSION, LLC,

    Plaintiff,

v.                                                    Case No: 5:16-cv-178-JSM-PRL

3.921 ACRES OF LAND IN LAKE
COUNTY FLORIDA, SUNDERMAN
GROVES, INC and UNKNOWN
OWNERS,

    Defendants.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Dkt. 224) and Plaintiff's Objections to the Report and Recommendation (Dkt. 225).

After careful consideration of the Report and Recommendation of the Magistrate Judge, Plaintiff's Objections, and in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.     The Report and Recommendation (Dkt. 224) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. Defendant, Sunderman Groves Inc.'s Motion to Tax Prejudgment and Post Judgment Interest (Dkt. 211) is granted in part and denied in part. Sunderman Groves is awarded a total of $13,071.60 in prejudgment interest.

3. The Clerk is directed to enter judgment in favor of Defendant Sunderman Groves, Inc. and against Plaintiff Sabal Trail Transmission, LLC in the amount of **$13,071.60** in prejudgment interest.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of January, 2022.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record