UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**SABAL TRAIL TRANSMISSION, LLC,**

    Plaintiff,

v.                                              Case No: 5:16-cv-178-JSM-PRL

**3.921 ACRES OF LAND IN LAKE COUNTY FLORIDA, SUNDERMAN GROVES, INC and UNKNOWN OWNERS,**

    **Defendants.**

## ORDER

Before the Court in this eminent domain proceeding is Defendant Sunderman Groves, Inc.'s ("Sunderman") motion for entitlement to attorney's fees incurred in Plaintiff, Sabal Trail Transmission, Inc.'s ("Sabal Trail") second appeal. (Doc. 244). On March 7, 2024, the Court held a hearing, in which Sabal Trail's counsel affirmed that it had no objection to Sunderman's motion for entitlement. As stated by the Court in that hearing, the motion (Doc. 244), is **granted**.

Further, as mentioned in the hearing, Sunderman shall file a motion and memorandum of law detailing the amount of attorney's fees sought. Sunderman's motion as to the amount of attorney's fees shall comply with the requirements of Local Rule 7.01(c), including that Sunderman shall file the motion within **forty-five days of this order**. M.D. Fla. Local Rule 7.01(c). Sabal Trail shall have **fourteen** days after Sunderman's motion is filed to respond with objections to specific attorney's fees sought, complying with Local Rule 7.01(d). M.D. Fla. Local Rule 7.01(d).

- 2 -

**DONE** and **ORDERED** in Ocala, Florida on March 7, 2024.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties