UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SABAL TRAIL TRANSMISSION, LLC,

    Plaintiff,

v.                                                  Case No: 5:16-cv-178-JSM-PRL

3.921 ACRES OF LAND IN LAKE
COUNTY FLORIDA, SUNDERMAN
GROVES, INC and UNKNOWN
OWNERS,

    Defendants.
_____

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Dkt. 271), Plaintiff's Objections to Report and Recommendation (Dkt. 272), and Defendant Sunderman Groves, Inc.'s Response to Plaintiff's Objections (Dkt. 273). After careful consideration of the Report and Recommendation of the Magistrate Judge, the objections, and in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 271) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. Defendant, Sunderman Groves Inc.'s Supplemental Motion on Amount of Attorney's Fees (Dkt. 261) is granted to the extent that it should be awarded $210,542.50 in attorney's fees. The request for supplemental proceeding fees and to tax unpaid appellate costs is denied.

3. The Clerk is directed to enter judgment in favor of Defendant Sunderman Groves, Inc. and against Plaintiff Sabal Trail Transmission, LLC in the amount of **$210,542.50** in attorney's fees.

**DONE** and **ORDERED** in Tampa, Florida, this 20th day of November, 2024.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record